IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHESTER L. BIRD,<br>Petitioner, | ) )<br>) | Civil Action No. 7:08cv00392 |
| v. | ) )<br>) | **FINAL ORDER** |
| STANLEY K. YOUNG,<br>Respondent. | ) )<br>) | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that, pursuant to 28 U.S.C. § 2241, the petition for habeas corpus shall be and hereby is **DISMISSED** and this action is hereby stricken from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 22d day of July, 2008.

/s/ Glen Conrad
United States District Judge